AO 240 (Rev. 1/94)

# United States District Court

For The DISTRICT OF Rhode Island

Randy Anderson
Plaintiff

V.

A.T. Wall, Director, RIDOC, et al.
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE CA 05 322 T

FILED JUL 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

I, Randy Anderson declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration R.I. Adult Correctional Institutions

   Are you employed at the institution? Yes Do you receive any payment from the institution? $ 60.00 per month

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment Yes ☐ No ☐
   b. Rent payments, interest or dividends Yes ☐ No ☐
   c. Pensions, annuities or life insurance payments Yes ☐ No ☐
   d. Disability or workers compensation payments Yes ☐ No ☐
   e. Gifts or inheritances Yes ☐ No ☐
   f. Any other sources Yes ☒ No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   $ 100.00 per month from family.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "yes" state the total amount. ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

July 14, 05 — DATE

Randy Anderson — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ______________ on account to his/her credit at (name of institution) ______________. I further certify that the applicant has the following securities to his/her credit: ______________ ______________. I further certify that during the past six months the applicant's average balance was $ ______________.

**A ledger sheet showing the past six months' transactions:**

☐ **is attached** ☐ **is not available at this institution**

______________ DATE

______________ SIGNATURE OF AUTHORIZED OFFICER

FILED
2005 JUL 25 A 10:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND