UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RANDY ANDERSON | : |
| v. | : C.A. 05-322T |
| A.T. WALL, Director, Rhode Island Department of Corrections, et al. | : |

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Randy Anderson ("Anderson") filed an Application to Proceed Without Prepayment of Fees and Affidavit on July 25, 2005 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); Local R. 32(b). The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Anderson indicated that he is incarcerated at the Adult Correctional Institution ("ACI") in Cranston, Rhode Island, that he is employed at the ACI, and that he receives $60.00 per month income from the ACI. He further indicated that he receives $100.00 per month income from his family. Anderson failed, however, to attach a certified statement of his institutional accounts.

This Court cannot determine whether Anderson qualifies to have his Application granted in this case until the proper documentation is received. As stated in the Application, Anderson must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Anderson must file the proper documentation concerning his inmate account on or before **September 15, 2005** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 3, 2005

BY ORDER:

Deputy Clerk