Us District Court
District of R.I.
one exchange st
providence, RI 02903

August 6, 05

Ca # 05-322 T

Dear Clerk.

INclosed, a Copy of my A.C.I. account for the past seven months. CAN you kindly forward it to Justice/Magistrate AlMOND

Thank you very Kindly

Sincerely

Randy Anderson
P.O. Box # 8273
Cranston. RI 02920