UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RANDY ANDERSON           :
                         :
    v.                   :     C.A. 05-322T
                         :
A.T. WALL, Director, Rhode Island  :
Department of Corrections, et al.  :

**MEMORANDUM AND ORDER**

In this matter, Plaintiff, Randy Anderson ("Anderson") filed an Application to Proceed Without Prepayment of Fees and Affidavit on July 25, 2005 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); Local R. 32(b). The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

Anderson's initial application was rejected by the Court because Anderson failed to submit the proper documentation. The Court directed Anderson to submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts," on or before September 15, 2005. On August 10, 2005, Anderson submitted an Inmate Account History (Document No. 4), which appears to be a computer printout of his accounts at the ACI. The Account History has a handwritten notation on the back which states, "Prudence 1- #40 ID # 61586 - Anderson, Randy 8/05/05." However, the Account History was not "certified" by any prison officer as required by the Application and by this Court. Anderson is therefore directed to obtain an appropriate certification of his Account History, and

submit that documentation on or before September 15, 2005, or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 12, 2005

BY ORDER:

/s/
Deputy Clerk