Rhode Island District
federal Court house
one exchange terrace
providence, RI 02903

SEP 13 2005

September 9, 05

United States Magistrate Judge
Lincoln D. Almond

Case # 05-322T

Dear Judge.

I recieved a; "Report + Recommedation" regarding my indigent status. I was misinformed regarding the proceedures for forma pauperis status. I wish to withdraw my application at this time for forma pauperis. I have paid my $5.00 filing fee already. I would like to clear up however, $500.00.00 of the money in my account is unavailable to me until my release. the A.C.I regulates all inmates maintain $500.00.00 in a inactive account by law until there release, there for the actual Balance would be far less.

II 2

Thank you for your time + Attention.

Sincerely

Randy Anderson

Box # 8273-Max
Cranston, RI 02920