UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RANDY ANDERSON | : | |
| | : | |
| v. | : | C.A. No. 05-322T |
| | : | |
| A.T. WALL, Director, Rhode Island | : | |
| Department of Corrections, et al. | : | |

**REPORT AND RECOMMENDATION**

In this matter, Petitioner, Randy Anderson ("Anderson") filed an Application to Proceed Without Prepayment of Fees and Affidavit on July 25, 2005 (the "July 25 Application"). (Document No. 2). Anderson's July 25 Application, as well as a subsequent Application, were incomplete, therefore he refiled his Application, with the Certificate portion completed as directed. (Document No. 6). This matter has been referred to me for preliminary review, findings, and recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B) and D.R.I. Local R. 32(c). The Court has determined that no hearing is necessary. After reviewing the Motion submitted, I recommend that the Application to Proceed Without Prepayment of Fees be DENIED.

Petitioner's Affidavit states that he receives monthly income of $100.00 from family, and $60.00 from employment at the ACI. Further, Petitioner currently has $710.56 in his inmate account at the ACI, and his average balance for the past six months was $644.55. Petitioner has already paid the initial $5.00 filing fee set forth in 28 U.S.C. §1914(a), and Petitioner has sufficient funds to proceed with his case without *in forma pauperis* status.

**Conclusion**

For the foregoing reasons, I recommend that the Petitioner's Application to Proceed Without Prepayment of Fees (Document No. 6) be DENIED without prejudice to renewal of the Motion in

the future if there is any change in Petitioner's financial circumstances. Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of the Court within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); D.R.I. Local R. 32. Failure to file specific objections in a timely manner constitutes waiver of the right to review by the District Court and the right to appeal the District Court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

LINCOLN D. ALMOND
United States Magistrate Judge
September 6, 2005

Accepted in the absence of an objection.

Ernest C. Torres
Chief, US District Judge
Date: 9/20/05