UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RANDY ANDERSON

v. CA No. 05-322-T

A.T. WALL, Director, Rhode Island
Department of Corrections, et al.

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner's Application to Proceed without Prepayment of Fees (document No. 6) is denied without prejudice to renewal of the motion in the future if there is any change in petitioner's financial circumstances.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Sept. 20, 2005