UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RANDY ANDERSON | : | |
| | : | |
| v. | : | C.A. No. 05-322T |
| | : | |
| STATE OF RHODE ISLAND | : | |

**ORDER**

Pending before this Court for a report and recommendation is the State's Motion to Dismiss Petitioner's Application for a Writ of Habeas Corpus. (Document No. 12). In connection with this Court's review of the State's Motion and Petitioner's Response, the Attorney General is hereby ORDERED to file copies of the trial transcript and the transcript of the hearing on the motion for post-conviction relief with this Court on or before January 31, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
January 19, 2006