UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RANDY ANDERSON | : | |
| | : | |
| v. | : | C.A. No. 05-322T |
| | : | |
| STATE OF RHODE ISLAND | : | |

**ORDER**

Pending before this Court for a report and recommendation is the State's Motion to Dismiss Petitioner's Application for a Writ of Habeas Corpus. (Document No. 12). In connection with this Court's review of the State's Motion and Petitioner's Response, this Court ORDERED, on January 19, 2006, that the Attorney General submit copies of the trial transcript and the transcript of the hearing on the motion for post-conviction relief to the Court which was done on January 30, 2006. See Document No. 14.

By letter dated January 22, 2006, Petitioner also requested that the Court request and review a copy of the transcript from his probation violation hearing which he submits contains "important information." Although Petitioner makes no attempt to identify this "important information" or its relevance to his Petition, he does specifically reference testimony from the probation violation hearing in grounds three, four and six of his Petition. (Document No. 1). Thus, giving Petitioner the benefit of the doubt as to the relevance of such information, the Attorney General is hereby

ORDERED to file a copy of the probation violation hearing transcript with this Court on or before February 24, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
February 7, 2006