**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RANDY ANDERSON-PRO-SE** | ) | |
| **VS.** | ) | |
| **STATE** | ) | **CA 05-322T** |

**MOTION FOR EXTENSION OF TIME**

Now comes the petitioner Randy Anderson in Pro-Se and respectfully requests that this honorable court extend the time in which to file his objections to the magistrate judges report and recommendation dated February 21,2006.

In support of this motion, the undersigned petitioner is acting Pro-Se and will need time to respond with his objections to the report and recommendation which is some eight pages long and will need to address each specific issue adequately.

WHEREFORE,petitioner respectfully requests for a extension of time to file an objection be granted.

Dated Feburary 24,2006

Respectfully,

Randy Anderson

Randy Anderson Pro-Se
P.O.Box 8273
Cranston,RI 02920

**CERTIFICATION**

I hereby state that I have sent a true copy to the office of the Attorney general at, 150 South Main St.Providence,RI 02903 on this the 24th day of Feburary 2006.

Randy Anderson