**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RANDY ANDERSON,

Petitioner,

v. C.A. No. 05-322T

A.T. WALL and the STATE OF RHODE ISLAND,

Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION**

The Report and Recommendation issued by Magistrate Judge Almond on February 21, 2006, is hereby ACCEPTED. Petitioner's objection thereto is hereby OVERRULED. The petition for writ of habeas corpus is hereby DISMISSED with prejudice.

IT IS SO ORDERED,

Ernest C. Torres
Chief Judge

Date: May 18 , 2006