**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RANDY ANDERSON,
Petitioner

vs. C.A. No. 05-322T

A.T. WALL and the STATE
OF RHODE ISLAND,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Defendants A.T. Wall and the State of Rhode Island pursuant to the May 18th, 2006 Order Adopting Report and Recommendations and Dismissing Petition.

Enter:

Deputy Clerk

Dated: May 22nd, 2006