**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RANDY ANDERSON**
**PETITIONER** :

**VS.**

**A.T.WALL** : **CA# 05-332T**

**STATE OF RHODE ISLAND** **NOTICE OF APPEAL**
**RESPONDENTS** :

Notice is hereby given that Randy Anderson,Plaintiff in the above named case, hereby appeal to the United States court of appeals for the first circuit from an order dismissing plaintiffs petition for a writ of habeas corpus entered in this action on the 18th day of May 2006

Date; June 2, 2006

**Respectfully Submitted,**

Randy Anderson

**Randy Anderson Pro-Se**
**P.O.Box # 8273**
**Cranston.Rhode Island 02920**

**CERTIFICATION**

I hereby certify that a true copy of the above was mailed,postage paid on the 2 day of June 2006 to; Attorney General of Rhode Island at 150 South main st,Providence R.I. 02903/ Rhode Island Department of Corrections Director, A.T. Wall At Howard Ave,Cranston, R.I. 02920.

Randy Anderson