UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RANDY ANDERSON,

        Petitioner,

v.                                                            C.A. No. 05-322T

A.T. WALL and the STATE OF
RHODE ISLAND,

        Respondents.


**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY**

Petitioner's application for a certificate of appealability with respect to this Court's Order dismissing his petition for writ of habeas corpus is hereby DENIED. Petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2), for the reasons set forth in the Report and Recommendation issued by United States Magistrate Judge Lincoln D. Almond on February 21, 2006.


IT IS SO ORDERED,

_____
Ernest C. Torres
Chief Judge

Date: June 30, 2006