**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RANDY ANDERSON,

Petitioner,

v. C.A. No. 05-322T

A.T. WALL and the STATE OF
RHODE ISLAND,

Respondents.

**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY**

Petitioner's application for a certificate of appealability with respect to this Court's Order dismissing his petition for writ of habeas corpus is hereby DENIED. Petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2), for the reasons set forth in the Report and Recommendation issued by United States Magistrate Judge Lincoln D. Almond on February 21, 2006.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: June 30, 2006