UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 28, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***RANDY ANDERSON V. WALL, ET AL.***
***USDC CA05-322T COA: 06-1966***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: STATE COURT TRANSCRIPTS: Volume I: Kent County Superior Court K1/95-0661A - Jury Trial before Justice Krause, October 19th and 20th, 1998; Volume II: Kent County Superior Court K1/95-0661A - Jury Trial before Justice Krause October 21, 1998; Volume III: Kent County Superior Court K1/95-0661A - Jury Trial before Justice Krause October 22nd and 23rd, 1998; Motion for a New Trial - October 30, 1998; Sentencing - January 8, 1999; Kent County Superior Court KM/95-0416, P2/92-0223, W1/81-0138, K1/95-0661 before Justice Darigan - Violation Hearing June 27 & 30, 1995; June 29, 1995 P.M. Session (no Justice named); Kent County Superior Court KM/00-498 Heard before Justice Krause on June 27, 2003; Certified Copy of Docket.